| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LINDA C. ALLISON, #179741 |
| | Chief Assistant Federal Defender |
| 3 | 801 "I" Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | (916)498-5700/FAX(916)498-5710 |
| | Linda_allsion@fd.org |
| 5 | |
| | Attorney for Defendant |
| 6 | CRAIG PEDERSON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 2:17-MJ-00016-KJN |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) TO CONTINUE COMPETENCY HEARING |
| v. | ) |
| | ) DATE: April 19, 2017 |
| CRAIG PEDERSON, | ) TIME: 9:00 a.m. |
| | ) JUDGE: Hon. Kendall J. Newman |
| Defendant. | ) |
| | ) |

It is hereby stipulated and agreed to between the United States of America through Special Assistant United States Attorney ROBERT ARTUZ, and defendant CRAIG PEDERSON by and through his counsel, Chief Assistant Federal Defender LINDA C. ALLISON, that the competency hearing set for April 19, 2017, be continued to April 26, 2017 at 9:00 a.m.

The continuance is requested to allow additional time for defense counsel to receive the written report from the forensic psychiatrist expert we have hired.

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

| | | |
|---|---|---|
| DATED: April 17, 2017 | | Respectfully submitted, |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| | | /s/ Linda Allison<br>LINDA Allison<br>Chief Assistant Federal Defender<br>Attorney for Defendant<br>CRAIG PEDERSON |
| DATED: April 17, 2017 | | PHILLIP A. TALBERT<br>United States Attorney |
| | | /s/ Robert Artuz<br>ROBERT ARTUZ<br>Special Assistant U.S. Attorney<br>Attorney for Plaintiff |

O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is hereby ordered that the April 17, 2017 competency hearing be continued until April 26, 2017, at 9:00 a.m.

Dated: April 18, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE