FILED
April 26, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CRAIG ALAN PEDERSON, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:17-mj-00016-KJN <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Craig Alan Pederson</u>; Case <u>2:17-mj-00016-KJN</u> from custody and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    \_    Unsecured Appearance Bond in the amount of

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    <u>X</u>    (Other) <u>Defendant released after being sentenced to time served</u>

Issued at <u>Sacramento, CA</u> on <u>4/26/2017</u> at 9:30 A.M.

By /s/ Kendall J. Newman
Kendall J. Newman
United States Magistrate Judge